### BOWDEN *v*. THE STATE.

COBB, J. There was no error in the rulings or charges complained of. The evidence authorized the verdict, and the judge did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., and Little, J., absent.*

Argued October 15, — Decided October 30, 1900.

Indictment for larceny from the house. Before Judge Felton. Bibb superior court. June 26, 1900.

*John R. Cooper* and *M. Felton Hatcher,* for plaintiff in error. *Robert Hodges, solicitor-general,* contra.

---

### FARMER *v*. THE STATE.

COBB, J. No error of law is complained of, and the evidence warranted the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., and Little, J., absent.*

Submitted October 15, — Decided October 30, 1900.

Indictment for arson. Before Judge Harris. Coweta superior court. June 20, 1900.

*W. L. Stallings* and *W. S. Hubbard,* for plaintiff in error. *T. A. Atkinson, solicitor-general,* contra.